JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MARTIN, ET AL., | Case No. CV 20-10184-TJH (KK) |
| Plaintiff(s), | |
| v. | JUDGMENT |
| CITY OF LOS ANGELES, ET AL., | |
| Defendant(s). | |

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: JUNE 14, 2021

_____
HONORABLE TERRY J. HATTER, JR.
Senior United States District Judge